UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

TAMMY S. OSBY,

                     Plaintiff,              JUDGMENT

v.                                         22-cv-7643 (LDH) (LB)

THE CITY OF NEW YORK; NEW YORK CITY
EMPLOYEES RETIREMENT SYSTEMS,

                     Defendants.
-----------------------------------------------------------------X

        A Memorandum and Order of the Honorable LaShann DeArcy Hall, United States District Judge, having been filed on September 30, 2024, granting Defendants' motion to dismiss; dismissing Plaintiff's complaint; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Memorandum and Order would not be taken in good faith; and denying *in forma pauperis* status for the purpose of an appeal, *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962); it is

        ORDERED and ADJUDGED that Defendants' motion to dismiss is granted; that Plaintiff's complaint is dismissed; that pursuant to 28 U.S.C. § 1915(a)(3), any appeal from this Memorandum and Order would not be taken in good faith; and that *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

Dated: Brooklyn, New York                                   Brenna B. Mahoney
          September 30, 2024                              Clerk of Court

                                                       By:    */s/Jalitza Poveda*
                                                                   Deputy Clerk