UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): **24-2869**

Caption [use short title]

Motion for: _____

Set forth below precise, complete statement of relief sought:

1) I am requesting that the defendants stop suspending my disability pension check unlawfully. If at any time any documents are requested I should be notified by mail, email and a telephone call. I am requesting that the monies owed to me

2) My late rent fees totaling $200 be paid by defendants

3) 4,283 that was removed from my pension checks is refunded to me

4) I be compensated for the emotional pain + suffering caused by these acts of retaliation as it was removed from my check totaling 4200 is refunded

MOVING PARTY: **Tammy Osby**
  [ ] Plaintiff  [ ] Defendant
  [X] Appellant/Petitioner  [ ] Appellee/Respondent

OPPOSING PARTY: **City of New York Corporation Counsel - NYC Law Dept**

MOVING ATTORNEY: _____

OPPOSING ATTORNEY: **Richard Paul Dearing Asst Corp Counsel**

[name of attorney, with firm, address, phone number and e-mail]

Court- Judge/ Agency appealed from: **District Court EDNY**

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
  [X] Yes  [ ] No (explain): ___

Opposing counsel's position on motion:
  [ ] Unopposed  [ ] Opposed  [X] Don't Know
Does opposing counsel intend to file a response:
  [ ] Yes  [ ] No  [X] Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:
Has this request for relief been made below?  [ ] Yes  [ ] No
Has this relief been previously sought in this court?  [ ] Yes  [ ] No
Requested return date and explanation of emergency: ___

Is oral argument on motion requested?  [ ] Yes  [X] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  [ ] Yes  [X] No  If yes, enter date: ___

Signature of Moving Attorney:
**Tosy - Pro Se Litigant**  Date: **1/21/25**  Service by: [X] CM/ECF  [X] Other [Attach proof of service]
  ~~Fea~~ USPS

Form T-1080 (rev.12-13)

Provide a statement that identifies the relevant facts and makes a showing of likely merit as to each issue you intend to present on appeal. See Local Rule 24.1

I plan to submit proof once again That The Disability Pension That I earned after Providing my services to The City and State of New York for 40 years, shouldn't be tampered with or illegally suspended as it was during ~~pay~~ since 2021-2022, IN Addition shortly after my case was dismissed in The EDNY under DKT # 1-22, CV-7643 The City of New York Employees Retirement System has suspended my pension for The 4th time. They alledge That They mailed 3 letters to me to request my income, however The letters dated 10/10/24, 12/8/24, and 12/18/24 were never received by me, and They Failed to prove That any of The letters were RTS. I plan to submit proof once again That They defendants unjustifiably removed approximately $4,283 from my checks and Failed to repay me. I will also show The court how I have been harmed by The NYCERS actions against me, as The withholder of my pension check from 12/24 - 1/15/25 ~~made~~ caused financial difficulties for me and I was forced to pay my rent late. The late charges amounted to $160.00

# UNITED STATES DISTRICT COURT
## for the
### DISTRICT OF _____

Tammy Osby,

Plaintiff

v.

The City of New York,
Employees' Retirement System

Defendant

Case No. 24-2869

## AFFIDAVIT ACCOMPANYING MOTION
## FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Signed: TO     Date: 1/20/25

My issues on appeal are: My disability pension check was illegally suspended on 4 occasions. I am disabled recovering from Cancer, and have medical Bills That make it hard to Proceed with my case

1. *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

Rev. 12.1.2018

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ | $ | $ |
| Self-employment | $ Uber | $ Vinies | $ | $ |
| Income from real property (such as rental income) | $ 0 | $ | $ | $ |
| Interest and dividends | $ 0 | $ | $ | $ |
| Gifts | $ 0 | $ | $ | $ |
| Alimony | $ 0 | $ | $ | $ |
| Child support | $ 0 | $ | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ 2700 | $ | $ | $ |
| Disability (such as social security, insurance payments) | $ Pension 2800 | $ | $ | $ |
| Unemployment payments | $ 0 | $ | $ | $ |
| Public-assistance (such as welfare) | $ 0 | $ | $ | $ |
| Other (specify): | $ 0 | $ | $ | $ |
| **Total monthly income:** | $ 5300 | $ | $ | $ |

2. *List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A Currently unemployed | | | $ |
| | | | $ |
| | | | $ |

Rev. 12.1.2018

3. *List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | $ |
| | | | $ |
| | | | $ |

4. *How much cash do you and your spouse have?* $ 0

*Below, state any money you or your spouse have in bank accounts or in any other financial institution.*

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Bank of America | Checking | 0 | |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

*If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5. *List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home | Other real estate | Motor vehicle #1 | |
|---|---|---|---|
| (Value) $ 0 | (Value) $ 0 | (Value) $ 15,000 | |
| I rent | | Make and year: | |
| | | Model: 2017 Mercedes Benz 2 | |
| | | Registration #: | |

Rev. 12.1.2018

| Motor vehicle #2 | Other assets | Other assets |
|---|---|---|
| (Value) $ | (Value) $ 0 | (Value) $ 0 |
| Make and year: | | |
| Model: | | |
| Registration #: | | |

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| New York City Employees Retirement System | $ $4,500 | $ N/A |
| | $ | $ |
| | $ | $ |

7. *State the persons who rely on you or your spouse for support.*

| Name [or, if under 18, initials only] | Relationship | Age |
|---|---|---|
| N/A | | |
| | | |
| | | |

Rev. 12.1.2018

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

|  | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home)<br>Are real estate taxes included? ☐ Yes ☒ No<br>Is property insurance included? ☒ Yes ☐ No | $ 1705<br><br>300 | $ |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 250 mo | $ |
| Home maintenance (repairs and upkeep) Moving fees | $ 3,000 | $ |
| Food | $ 260 mo | $ |
| Clothing | $ 50 mo | $ |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses | $ 3500 | $ |
| Transportation (not including motor vehicle payments) | $ 200 mo | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance (not deducted from wages or included in mortgage payments) | | |
| Homeowner's or renter's: | $ 15 mo | $ |
| Life: | $ | $ |
| Health: | $ | $ |
| Motor vehicle: | $ 200 | $ |
| Other: medication | $ 500 | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ | $ |
| Installment payments | | |
| Motor Vehicle: - 400 per month Carnote | $ 12,500 | $ |
| Credit card (name): Aspire, Capital one | $ 1,000 | $ |
| Department store (name): | $ 2,000 | $ |
| Other: Affirm | $ 500 | $ |

Rev. 12.1.2018

| | | |
|---|---|---|
| Alimony, maintenance, and support paid to others | $ 0 | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ 0 | $ |
| Other (specify): | $ ' | $ |
| **Total monthly expenses:** | $ 5,000 | $ |

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

    ☐ Yes  ☒ No       If yes, describe on an attached sheet.

10. *Have you spent - or will you be spending,- any money for expenses or attorney fees in connection with this lawsuit?* ☐ Yes ☒ No

    *If yes, how much?* $ Im Seeking a Pro Bono attorney or court ordered attorney to help me with my case

11. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

    Im in remission from Breast Cancer, every 6 months I have to travel to North Carolina for Cancer followups, I pay all of my Hotel & travel fees. Also I owe The IRS alot of money, but im in Non Collectable Status due to my medical condition

12. *State the city and state of your legal residence*

    *Your daytime phone number:* 516-800-9250

    *Your age:* 63    *Your years of schooling:* 16 - BSW in Social Work

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Tammy Osby

v.

City of New York —
New York City Employees Retirement System

**CERTIFICATE OF SERVICE***

Docket Number: 24-2869

I, _Tammy Osby_ (print name), hereby certify under penalty of perjury that on _1/20/25_ (date), I served a copy of _Notice of Service, all appeal paperwork Certificate of Service, Notice of appearance Motion Statement Civil appeal transcript_ (list all documents)

by (select all applicable)**

___ Personal Delivery       ✓ United States Mail       ✓ Federal Express or other Overnight Courier _info_

___ Commercial Carrier     ✓ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Richard Paul Dearing Asst Corporation Counsel | | | | |
| New York City Law Dept | 100 Church St | NY | NY | 10007 |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

Today's Date: 1/21/25

Signature: T Osy

Certificate of Service Form (Last Revised 12/2015)

4416 Cantwell Drive
Unit 102
Virginia Beach, VA
23452



FCM LG ENV
VIRGINIA BEACH, VA 2345
JAN 21, 2025

 10007

$2.31

RDC 99  S2324D500276-27

United States Court of Appeals
For Second Circuit of New York
40 Foley Square, NY NY 10007
Attention Pro Se Unit
Casemanager Steven