# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

Docket Number(s): **24-2869**  Caption [use short title]

Motion for: **Request for legal Representation Request for Court appointed Attorney**

Set forth below precise, complete statement of relief sought:

**Im hoping that The Court will provide an attorney to give me legal guidance, and assistance with my Civil rights case against The New York City Employees Retirement System**

**I am requesting to handle my case virtually, and submit all paperwork via Email or electronic means as well as via US mail, as I reside out of state**

MOVING PARTY: **Tammy Osby Pro Se**    OPPOSING PARTY: **Richard Paul Dearing Asst Corporation Counsel for The City of New York**

[X] Plaintiff  [ ] Defendant
[ ] Appellant/Petitioner  [ ] Appellee/Respondent

MOVING ATTORNEY: **Richard Paul Dearing**    OPPOSING ATTORNEY:
[name of attorney, with firm, address, phone number and e-mail]
**New York City Law Dept**
**100 Church St**
**NY NY 10007**

Court- Judge/ Agency appealed from: **Hon Lashann Dearcy Hall District Court EDNY**

Please check appropriate boxes:                    FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:

Has movant notified opposing counsel (required by Local Rule 27.1):
[X] Yes [ ] No (explain): **Will Do So by USPS**

Has this request for relief been made below?  [ ] Yes [X] No
Has this relief been previously sought in this court?  [ ] Yes [X] No
Requested return date and explanation of emergency:

Opposing counsel's position on motion:
[ ] Unopposed [ ] Opposed [X] Don't Know
Does opposing counsel intend to file a response:
[ ] Yes [ ] No [X] Don't Know

Is oral argument on motion requested?  [ ] Yes [X] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  [ ] Yes [X] No  If yes, enter date:

Signature of Moving Attorney:
**Tammy Osby**  Date: **1/31/25**  Service by: [X] CM/ECF [ ] Other [Attach proof of service]
**Pro Se l litagant**                           **to be requested & by US mail**

Form T-1080 (rev.12-13)



Provide a statement that identifies the relevant facts and makes a showing of likely merit as to each issue you intend to present on appeal. See Local Rule 24.1

On or around 12/22 I filed a lawsuit against (NYCERS) The City of New York Employees Retirement System as they unjustly suspended my disability Pension checks 3 times in the past. On 9/30/24 Judge De Arcy Hall dismissed my case, and denied my request to appeal my case as a poor person. On 10/25/24 I requested an appeal against her decision, and shortly thereafter my Pension checks was suspended for the 4th time. The Defendants threatened to suspend my check while the case was still in motion, however I wrote a letter to the court informing the court of what I continue to be an act of retaliation against me by an agency which has used or abused its powers against me. Due to the fact that my disability check is half of my income, and the other half



Provide a statement that identifies the relevant facts and makes a showing of likely merit as to each issue you intend to present on appeal. See Local Rule 24.1

IS Social Security disability, Im being harmed as withholding my disability income makes it impossible for me to pay my rent and bills. In addition I am being placed in Limbo my December 2024 check was close to 3 weeks late. January's check has not been directly deposited and no one will give me a straight answer of when my direct deposit will Resume or when my check will be mailed.

I am a Retired NYC Probation Officer who served the City and State of New York for nearly 40 years.

I am entitled to my pension, as I was forced to Retire due to having multiple knee surgeries from completing my duties as an officer (field work etc)

I am recovering from my second bout of Cancer within 20 years, after two. I need help to give me a fair chance to Bring my case before the court again. Im not a lawyer, and at this time Im requesting that the court has mercy on me and provide an attorney to help with my case.

# PUBLIC DOCKET FOR

# United States Court of Appeals for the Second Circuit

**Court of Appeals Docket #:** 24-2869    **Docketed:** 10/30/2024

**Case Name:** Osby v. The City of New York    **Status:** Open

**Nature of Suit:** 3440 CIVIL RIGHTS-Other

**Appeal From:** EDNY (BROOKLYN)

**Fee Status:** Due

## Case Type Information

1. Civil
2. Private
3. 

## Originating Court Information

**District:** EDNY (BROOKLYN): 1:22-cv-7643

**Trial Judge:** Lashann Monique Dearcy Hall, District Judge

**Magistrate Judge:** Lois B. Bloom, Magistrate Judge

**Date Filed:** 12/15/2022

| Date Order/Judgment | Date Order/Judgment EOD | Date NOA Filed | Date Rec'd COA |
|---|---|---|---|
| 09/30/2024 | 09/30/2024 | 10/25/2024 | 10/25/2024 |

## Associated Cases

## Party and Attorney Listing

TAMMY S. OSBY  
Plaintiff - Appellant

Tammy S. Osby  
[Pro Se]  
#102  
4116 Cartwell Drive  
Virginia Beach, VA 23452

CITY OF NEW YORK  
Defendant - Appellee

Richard Paul Dearing, Assistant Corporation Counsel  
[Government]  
New York City Law Department  
100 Church Street  
New York, NY 10007

| | |
|---|---|
| | Martin Rowe, III, Assistant Corporation Counsel<br>Direct: 212-356-2516<br>[Government]<br>New York City Law Department<br>Appeals Division<br>100 Church Street<br>New York, NY 10007 |
| | Sylvia Hinds-Radix, Corporation Counsel<br>**Terminated:** 11/18/2024<br>Direct: 212-356-0800<br>[Government]<br>New York City Law Department<br>100 Church Street<br>New York, NY 10007 |
| NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM<br>Defendant - Appellee | Richard Paul Dearing, Assistant Corporation Counsel<br>[Government]<br>New York City Law Department<br>100 Church Street<br>New York, NY 10007 |
| | Martin Rowe, III, Assistant Corporation Counsel<br>Direct: 212-356-2516<br>[Government]<br>New York City Law Department<br>Appeals Division<br>100 Church Street<br>New York, NY 10007 |
| | Sylvia Hinds-Radix, Corporation Counsel<br>**Terminated:** 11/18/2024<br>Direct: 212-356-0800<br>[Government]<br>New York City Law Department<br>100 Church Street<br>New York, NY 10007 |

Tammy S. Osby,

    Plaintiff - Appellant,

v.

City of New York, New York City Employees' Retirement System,

    Defendants - Appellees.

**Docket**

*LEGEND:*
*(R) - Restricted Document*
*(L) - Locked Document*

| Date Filed | Entry # | Public Docket Text |
|---|---|---|
| 10/25/2024 | 1 | NOTICE OF CIVIL APPEAL, with district court docket, on behalf of Appellant Tammy S. Osby, FILED. [Entered: 10/30/2024 07:04 PM] |
| 10/25/2024 | 2 | DISTRICT COURT MEMORANDUM AND ORDER, dated 09/30/2024, RECEIVED. [Entered: 10/30/2024 07:07 PM] |
| 10/25/2024 | 3 | DISTRICT COURT JUDGMENT, dated 09/30/2024, RECEIVED. [Entered: 10/30/2024 07:09 PM] |
| 10/28/2024 | 4 | ELECTRONIC INDEX, in lieu of record, FILED. [Entered: 10/30/2024 07:12 PM] |
| 10/30/2024 | 5 | CIVIL APPEAL, on behalf of Appellant Tammy S. Osby, received on 10/25/2024, OPENED. [Entered: 10/30/2024 07:17 PM] |
| 10/30/2024 | 6 | NOTICE, re: pending district court IFP motion, to district court, SENT. [Entered: 10/30/2024 07:21 PM] |
| 10/30/2024 | 7 | INSTRUCTIONAL FORMS, to Pro Se litigant, SENT. [Entered: 10/30/2024 07:23 PM] |
| 11/18/2024 | 8 | NOTICE OF APPEARANCE AS SUBSTITUTE COUNSEL/ADDITIONAL COUNSEL, on behalf of City of New York, New York City Employees' Retirement System, FILED. [Entered: 11/18/2024 10:12 AM] |
| 11/18/2024 | 9 | ATTORNEY, Martin Rowe in place of attorney Sylvia Hinds-Radix, SUBSTITUTED. [Entered: 11/18/2024 01:21 PM] |
| 11/18/2024 | 10 | ATTORNEY, Sylvia Hinds-Radix for All Appellees, TERMINATED. [Entered: 11/18/2024 01:22 PM] |
| 11/19/2024 | 11 | NOTICE OF APPEARANCE AS SUBSTITUTE COUNSEL/ADDITIONAL COUNSEL, on behalf of City of New York, New York City Employees' Retirement System, FILED. [Entered: 11/19/2024 10:44 AM] |
| 11/19/2024 | 12 | ATTORNEY, Richard Paul Dearing, for Appellee City of New York, Appellee New York City Employees' Retirement System, ADDED. [Entered: 11/19/2024 11:26 AM] |
| 12/04/2024 | 13 | DISTRICT COURT ORDER, dated 12/03/2024, denying IFP, RECEIVED. [Entered: 12/04/2024 07:09 PM] |
| 12/04/2024 | 14 | ORDER, dated 12/04/2024, dismissing appeal by 12/26/2024, unless Appellant Tammy S. Osby, submits an Acknowledgment and Notice of Appearance Form, copy to pro se appellant, FILED. [Entered: 12/04/2024 07:13 PM] |
| 12/04/2024 | 15 | ORDER, dated 12/04/2024, dismissing appeal by 12/26/2024, unless Appellant Tammy S. Osby, submits Form D-P, copy to pro se appellant, FILED. [Entered: 12/04/2024 07:20 PM] |

*Docket as of 1/22/2025 4:12 PM*

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Tammy Osby

v.

The New York City Employees Retirement System

**CERTIFICATE OF SERVICE***

Docket Number: 24-2869

I, Tammy Osby (print name), hereby certify under penalty of perjury that on 2/3/25 (date), I served a copy of Motion to request legal Representation from The Court
(list all documents)

— I Reside in Virginia Beach Virginia

by (select all applicable)**

___ Personal Delivery     ✓ United States Mail     ___ Federal Express or other Overnight Courier

___ Commercial Carrier    ___ E-Mail (on consent)

on the following parties:

To be requested from The Asst Corp Counsel Law Dept

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Richard Paul Dearing, Asst Corporation Counsel for City of New York | | | | |
| 100 Church ST, NY NY 10007 | | | | |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

1/31/25
Today's Date

TOsby
Signature

Certificate of Service Form (Last Revised 12/2015)

6 Eastwell Drive
# 102
Smyrna Beach, V/A
3452

US Court of Appeals
40 Foley Square
NY NY 10007
Attention Steven Case manager
Pro Se Unit



RDC 99

10007

FEB 03, 2025
$1.77
S2324D500276-27

Tammy Osby
4116 Cartwell Drive
Unit 102
Virginia Beach, VA
23452

US Court of Appeals
40 Foley Square
NY NY 10007
Attention Seven case manager
Pro Se Unit

U.S. POS
FCM LG
VIRGINIA
FEB 03,
$1.7
S2324D5
Retail
RDC 99
10007
USMS SDNY