# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of August, two thousand twenty-five.

| | |
|---|---|
| Tammy S. Osby, | **ORDER** |
|     Plaintiff - Appellant, | Docket No. 24-2869 |
| v. | |
| City of New York, New York City Employees' Retirement System, | |
|     Defendants - Appellees. | |

    On March 24, 2025, the Court issued a notice, pursuant to Fed. R. App. P. 4(a)(4), staying this appeal due to a pending motion in the district court. The district court having denied the motion in an order dated August 18, 2025,

    IT IS ORDERED that the stay of this appeal is hereby lifted.

    For the Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court

